# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148444(59)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RICHARD LEE HARTWICK,
       Defendant-Appellant.
_____/

SC: 148444
COA: 312308
Oakland CC: 2012-240981-FH

On order of the Chief Justice, the motion of the Cannabis Attorneys of Michigan for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on October 3, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2014

